JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOMAS MILAM,

              Petitioner,

       vs.

MARTIN BITER, Warden,

             Respondent.

Case No. CV14-8206-JAK (DTB)

**J U D G M E N T**

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 4/20/17

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1